**Kevin FULLER, Plaintiff–Appellant,**

v.

**J. Michael STOUFFER, Commissioner; Bobby P. Shearin, Warden; Ferris, C.O. II; V. Warnick, Psychologist; Ms. Leslie Smith, Case Manager; Dianne Harvey, R.N.; Lambert, C.O. II; WILT, Lt.; McAlpine, Lt.; Harbough, Lt.; Graham, Sgt.; Teal, C.O.**

**II; Anderson, C.O. II; Anita Rozas, Social Worker; Ms. Householder, BMP Secretary; Dr. Bruce Liller; Banks, Defendants–Appellees.**

**No. 13–7379.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2014.

Decided: Feb. 5, 2014.

Kevin Fuller, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland; Jennifer E. Cameron, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before NIEMEYER, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v. Stouffer,* No. 8:12–cv–02914–AW (D. Md. July 1 & July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*